## CHARLES DAVIS v. STATE.

No. A-8833. June 7, 1935.

(46 Pac. [2d] 1117.)

J. H. Hill and Bruce B. Potter, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of harboring a fugitive from justice and a person seeking to escape arrest for felonies committed within the state, and appeals.

The petition in error and case-made was filed in this court on November 10, 1934. No brief has been filed in support of defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors. The evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.